Supreme   Court,   New   York   Special   Term.   Reported.   N.  Y.  L.  J.,
August 21, 1902.

In the Matter of the Petition of CHARLES E. HORNER to Revoke
the Liquor Tax Certificate of KYRIE D. CLEMONS.

*Frank L. Mayham,* attorney for petitioner.

*Black, Olcott, Gruber & Bonynge,* attorneys for respondent.

*H. H. Kellogg,* attorney for department.

HALL, J.: A careful examination of the testimony in this case,
allowing full weight to all the evidence and exhibits offered by
the respondent, in my opinion, brings it squarely within the doc-

trine laid down in *Re Schuyler* (63 App. Div. 206). The facts in the two cases are very similar. The petitioner is entitled to judgment revoking the certificate, with costs.

Settle form of judgment on notice.